UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN LEE,<br><br>        Plaintiff,<br><br>    v.<br><br>TICKETMASTER L.L.C., et al.,<br><br>        Defendants. | Case No. 18-cv-05987-VC<br><br>**DISMISSAL ORDER** |

      In light of the Court's order granting Ticketmaster's motion to compel all claims to arbitration, the case is dismissed.

      **IT IS SO ORDERED.**

Dated: April 3, 2019

                                                  VINCE CHHABRIA
                                                  United States District Judge