UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN LEE,<br><br>        Plaintiff,<br><br>    v.<br><br>TICKETMASTER L.L.C., et al.,<br><br>        Defendant. | 18-cv-05987-VC<br><br>**JUDGMENT** |

The Court, having dismissed this case, now enters judgment. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated:  April 3, 2019

_____
VINCE CHHABRIA
United States District Judge