Steve W. Berman (admitted *pro hac vice*)
Shayne C. Stevenson (admitted *pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Ave, Suite 2000
Seattle, WA 98101
(206) 623-7292
*steve@hbsslaw.com*
*shaynes@hbsslaw.com*

Elaine T. Byszewski (SBN 222304)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 N. Lake Avenue, Suite 920
Pasadena, CA 91101
(213) 330-7150
*elaine@hbsslaw.com*

*Attorneys for Plaintiff Allen Lee and the Proposed Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ALLEN LEE, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> TICKETMASTER L.L.C., a Virginia corporation, LIVE NATION ENTERTAINMENT, INC., a Delaware corporation, <br><br> Defendants. | Case Nos. 18-cv-5987-VC <br><br> CLASS ACTION <br><br> **PLAINTIFF-APPELLANT'S NINTH CIRCUIT REPRESENTATION STATEMENT** <br><br> Place: Courtroom 4 <br> Judge: Hon. Vince Chhabria |

Pursuant to Circuit Rule 3-2(b), Plaintiff-Appellant submits the following representation statement required by Fed. R. App. P. 12(b):

### ATTORNEYS FOR PLAINTIFF-APPELLANT
### ALLEN LEE

| | |
|---|---|
| ELAINE T. BYSZEWSKI<br>*elaine@hbsslaw.com*<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>301 North Lake Avenue, Suite 203<br>Pasadena, CA 91101<br>Telephone: (213) 330-7150<br>Facsimile:  (213) 330-7152 | Steve W. Berman (admitted pro hac vice)<br>steve@hbsslaw.com<br>Shayne C. Stevenson (admitted pro hac vice)<br>*shaynes@hbsslaw.com*<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>1301 Second Ave, Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile:  (206) 623-0594 |

### ATTORNEY FOR DEFENDANTS-APPELLEES
### TICKETMASTER L.L.C., AND LIVE NATION ENTERTAINMENT, INC.

| | |
|---|---|
| Timothy L. O'Mara<br>*tim.omara@lw.com*<br>Daniel Murray Wall<br>*dan.wall@lw.com*<br>**Latham & Watkins LLP**<br>505 Montgomery Street, Suite 2000<br>San Francisco , CA  94111<br>Telephone: 415-395-8240<br>Facsimile: 415-395-8095 | |

Respectfully submitted,

DATED: April 8, 2019

HAGENS BERMAN SOBOL SHAPIRO LLP
By:____*/s/ Steve W. Berman*_____
Steve W. Berman (admitted *pro hac vice*)
Shayne C. Stevenson (admitted *pro hac vice*)
1301 Second Ave, Suite 2000
Seattle, WA 98101
(206) 623-7292
*steve@hbsslaw.com*
*shaynes@hbsslaw.com*

Elaine T. Byszewski (SBN 222304)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA  91101
(213) 330-7150
*elaine@hbsslaw.com*

*Attorneys for Plaintiff Allen Lee and the Proposed Class*